| | | | |
|---|---|---|---|
| | AUSA: Diane Princ | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: David M. Alley | Telephone: | (313) 226-0500 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Nathan Baker

Case No.
Case: 2:26−mj−30104
Assigned To : Unassigned
Assign. Date : 2/26/2026
Description: CMP USA V. BAKER (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 22, 2025-Present__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography. |
| 18 U.S.C. § 2252A(5)(B) | Receipt and possession of child pornography. |
| 18 U.S.C. § 2422(b) | Attempted coercion and enticement. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

David M. Alley, Special Agent-HSI
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __February 26, 2026__

_Judge's signature_

City and state: __Detroit, Michigan__ Hon. Kimberly G. Altman, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR AN ARREST WARRANT

I, David M Alley, being first duly sworn, state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with Homeland Security Investigations (HSI), of the United States Department of Homeland Security (DHS). I am assigned to the Special Agent in Charge (SAC), Office of Investigations (OI) with offices located at 477 Michigan Ave., Suite 1850, Detroit, Mich. I have been employed with HSI since March 2007. I have successfully completed the Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Ga. I have received bachelor's and master's degrees in criminal justice from Michigan State University. I have successfully completed the Basic Computer Evidence Recovery Training (BCERT) at FLETC, Advanced Computer Evidence Recovery Training (ACERT) at the HSI Cyber Crimes Center and the Cyber Crime Center Mobile and Cellular Device Data Extraction course. I possess an A+ certification and a GIAC Advanced Smartphone Forensics (GASF) certification. While employed by HSI, I have investigated federal criminal violations related to child exploitation and child pornography. I have gained experience through training and everyday work relating to conducting these types of investigations. I have received training in child pornography and child exploitation and have had the opportunity to observe and

1

review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.

2. This affidavit is made in support of a criminal complaint and arrest warrant for Nathan BAKER (DOB XX/XX/1995) for violations of 18 U.S.C. §§ 2252A(a)(2) (distribution of child pornography), 2252A(a)(5)(B) (receipt and possession of child pornography), and 2422(b) (attempted coercion and enticement of a minor to engage in sexual activity).

3. This affidavit is based on my personal knowledge, experience and training as well as on information obtained by me through investigative observations and conversations with other HSI agents and agents from other law enforcement agencies. This affidavit does not set forth every fact resulting from this investigation; rather, it contains a summary of the investigation to date for the limited purpose of establishing probable cause to obtain an arrest warrant for Nathan BAKER.

## PROBABLE CAUSE

4. On or about September 22, 2025, an HSI Detroit Undercover Agent (UCA) presented himself on a social media application known to law enforcement as the father of a daughter under the age of 10 years old. The UCA was in numerous chat rooms on the social media application, some of which were dedicated to child pornography or the apparent sexual abuse of children. On this date, user spclneeds sent this UCA a private message and asked, "whats up with promoting you have a

2

daughter?" and later asked, "like is she cute?" Below is a verbatim, non all-inclusive portion of the conversation between the UCA and the user spclneeds:

September 22, 2025

Spclneeds: Are you like trying to get her out? Or do you just want guys to appreciate her?

UCA: I've let other guys play with her before

Spclneeds: Damn, does she like that stuff?

UCA: Haha nooo she hates it

Spclneeds: Awh that's so sad. Are they too right with her or is she just not into it yet

UCA: Both lol

Spclneeds: Im a big dude and not all that big, I woundt be forcing or be too rough. Im a real soft dom all about pleasure.

UCA: Hehehe you near Michigan

Spclneeds: Yeah, Im towards the south of the down river area

UCA: Nice

UCA: Ever play with a kid before

Spclneeds: You have any other pics of her? Not nudes, just any more pics

UCA: A few wbu

3

Spclneeds: I played with a friends sister who was like 8 when I was like 11. I met up with someone who said they were 17 when I was like 22, turns out she was only 14. That's all ive had

UCA: I gotcha

UCA: You got pics or vids or anything

Spclneeds: I don't. I haven't really been online in a few years, 2 exes ago found nudes from online from girls 16-30 but deleted them all out of spite

Spclneeds: Ive never been with someone as young as her either. I never thought of it as a possibility.

Spclneeds: What would I need to do to possible meet up with her

…..

October 22, 2025

Spclneeds: HeyUCA: Hey

Spclneeds: Hows it goin?

UCA: Good how's you

Spclneeds: Not too bad, stuck at work looking for a new job

Spclneeds: How your daughter doing

UCA: Good remind me what you're into

Spclneeds: Im a big guy but not all that big, I'm not looking to fuck anyone. Im more into pleasing and eating out really

4

Spclneeds: Ive never been with anyone as young either. Ive met a few teen whores whove lied about their age in the past, but that's about it

Spclneeds: Are you not wanting that for her?

UCA: Very much so I've rented her out before

Spclneeds: Do you ask for money? If youd let me see her I'd probably bring her a little sweet treat and finger her and go down on her, make her feel good and make sure she's having a good time

……

UCA: Would you be serious

Spclneeds: I would like to a lot the only issue would be how much money you're wanting

UCA: Depends what you wanna do make an offer

Spclneeds: I dunno how to price that *laughing emoji* like I said probably just play around and go down on her I wouldn't fuck her or anything

UCA: $250?

Spclneeds: Id have to wait a bit to come up with that for you. Im between jobs working at this shitty appliance place not making a whole lot

Spclneeds: As soon as I get enough I'll definitely let you know tho, im very interested

…….

5

Spclneeds: Could I see her again? You sent me one picture of her when we first talked, but I had to get a new phone a few weeks ago

UCA: *sends an age regressed, gender swapped image of the UCA*

UCA: Hailey

Spclneeds: That's the one I think I saw before. Do you have another of her

UCA: * sends a different age regressed, gender swapped image of the UCA*

Spclneeds: She's really so beautiful, my hearts racing a little thinking ill be able to see her soon

UCA: *devil emoji* *hot face emoji*

Spclneeds: And she's 8 you said?

UCA: Yeah

Spclneeds: She's insanely beautiful

UCA: So glad you like

UCA: You got anything

Spclneeds: sends an image of a female with her breasts exposed and nude from the waist down

Spclneeds: She's 13 posting on 4chat a few months ago saying she was 18

UCA: Hehe how do you know she's 13

Spclneeds: I followed her insta, and some other guys saw her X

UCA: Haha nice

Spclneeds: She had 13 in bio and gave off that awkward teenage look

6

UCA: I gotcha

Spclneeds: *sends a clothed image of a female*

Spclneeds: I talked with her for a while. Met her on an app. She was somewhere south, I was supposed to go fuck her but got too nervous

UCA: Mmm how old

Spclneeds: Uh I think 14 or 25

Spclneeds: 15

UCA: She send njdes

UCA: nudes

Spclneeds: Im pretty sure she did. Its been like 5 years since we talked

UCA: Ohhh haha I get it you didn't save em?

Spclneeds: I don't think so. I don't save a whole lot. I used to but my ex found and deleted my secret stash because she was jealous.

…..

October 23, 2025

Spclneeds: I love me some soft legs, I was picturing how soft and smooth her legs and feet are gonna be. How soft it'll be when they're around my face when im going down on her. How tiny she is and how easily I'll be able to pick her up.

UCA: Ooooih yes you will she's really tiny

UCA: Doesn't even look 8 honestly

7

Spclneeds: Like younger?

UCA: Yeah I think so

UCA: I mean she is 8 but she doesn't look it

……

UCA *three devil emojis* what all you wanna do

Spclneeds: I wanna feel how soft her feet are against my face, I wanna lay between her legs and feel them squeeze my face as I taste how sweet she is while my hands caress her tiny tight body, I wanna know how tight her ass feels I nmy hand, and I wanna feel how tight her pussy is when I slide a finger in her

UCA: Ohhhh she's never been penetrated

Spclneeds: And I wanna know how cute her moans are when I'm licking her little pussy

…..

…….

Spclneeds: That's fine id probably only want an hour or two

UCA: Ok perfect

Spclneeds: Just a little to feel her up and go down on her some

UCA: Im open the 4th and 6th got work stuff I can't get out of the other days

8

Spclneeds: At least the first time. Im not all that big and don't really like taking my dick out, but maybe the 2nd time she could jerk me while we 69 or something

….

November 17, 2025

UCA: Gotten to anything fun or talk to anyone young on here?

Spclneeds: I was told about ome.tv, I spoke with the real hot 16yo this morning. She was upset cuz she was using a brush for a dude who up and left, had huge tits and said she just shows them, but then had to leave. I got her number but she's not texting back, hopefully soon

Spclneeds: A couple of girls have posted some stuff in 2 groups then last few days

UCA: What ages *hot face emoji* your 16 yo send you anything

Spclneeds: We just met this morning, I've sent 2 texts and she replied to one of them, she hasn't been very talkative *crying face emoji*

UCA: Ah I gotcha

Spclneeds: *sends an close up image of a nude female with her legs closed*

Spclneeds: *sends a close up image of a female wearing underwear and a shirt*

Spclneeds: sends an image of a female exposing her bare vagina in a mirror*

Spclneeds: *sends an close up image of a nude female with her legs closed*

9

Spclneeds *sends an image of a female exposing her bare rear end and part of her vagina from behind*

Spclneeds: *sends an image of a female exposed breasts*

Spclneeds: *sends a close up image of an exposed vagina*

Spclneeds: *sends a close up image of an exposed vagina*

UCA: Oh wow, how old?

Spclneeds: *shrug emoji* 14-17ish 3 different girls

UCA: They send just for you? Or like in a group?

Spclneeds: In the group lol. I haven't gotten anything for me in a long time.

……

November 18, 2025

Spclneeds: Someone just sent a video, look like a girl around 7 giving a guy a bj

UCA: Mmmmm wow in what group

Spclneeds: Aamap1

Spclneeds: I think

Spclneeds: Want me to send it here? The groups usually dead, it came out of nowhere

UCA: Mmmm if you wanna

Spclneeds: *sends a video of a clothed prepubescent female performing oral sex on an adult male

10

5. On or about November 18, 2025, Following the sending of this video, the account Spclneeds appears to have been banned by the social media application. Spclneeds created a second account on the social media application, spclneed, and continued to talk with the UCA. During this conversation, user spclneed told the UCA that he is "down in Flat Rock" and that he drives a Ford Edge. The user spclneed further stated, "I cant wait to see what her pleasure face is while im licking her little pussy" and, "I wanna have her lay spread open in front of me, and I want her to turn around so I can get a good look and play with her cute little ass too." The user spclneed also sent two additional images of himself.

6. On January 14, 2026, user spclneed sent the UCA an image of a topless female with her bare breasts exposed and stated, "She sent it in a group, we went tits for tits. I forgot how old she is, she told me 10th grade in dms".

7. On October 23, 2025, I submitted HSI summons HSI-DT-2026-005496-001 to the social media application for subscriber information for user encountered during my investigation, to include user Spclneeds. The social media appliation responded with the following information:

Date: November 5, 2025
First Name: Simp
Last Name: Daddy
Email: facebookuser69@chef.net (unconfirmed)
Username: spclneeds

2025/05/30 04:24:36 UTC ACCOUNT_INFO FIRST_NAME="Simp"

2025/05/30 04:23:44 UTC ACCOUNT_INFO FIRST_NAME="Mind"

11

2024/12/28 22:08:44 UTC ACCOUNT_INFO FIRST_NAME="Nasty"

2019/01/17 21:00:42 UTC ACCOUNT_INFO FIRST_NAME="Hugh"

2013/08/08 02:44:26 UTC ACCOUNT_INFO FIRST_NAME="My"

2025/05/30 04:24:36 UTC ACCOUNT_INFO LAST_NAME="Daddy"

2025/05/30 04:23:44 UTC ACCOUNT_INFO LAST_NAME="Goblin"

2025/05/30 04:21:57 UTC ACCOUNT_INFO LAST_NAME="Overlord"

2024/12/28 22:08:44 UTC ACCOUNT_INFO LAST_NAME="Nate"

2013/06/30 03:31:48 UTC ACCOUNT_INFO LAST_NAME="Baker"

8. The social media application also provided IP information associated with user Spclneeds. I observed IP address 98.250.214.138 associated with this account between October and November 2025. I sent HSI summons HSI-DT-2026-008754-001 to Comcast Cable for subscriber information for: 2025/10/27 21:27:11 UTC "ip":"98.250.214.138", "Port":50784. Comcast responded with the following subscriber information:

```
Subscriber Name:   NATHAN BAKER
SSN:               No Information
Service Address:   2XXX5 WALNUT CRK
FLAT ROCK, MI 481341430
Billing Address:   2XX S RISING RD
CHAMPAIGN, IL 618229707
Telephone #:              (444) XXX-4444
Identified Service: Internet
Other Current Services:  No Additional Services
Account Number:    8529101760126087
Start of Service:         Unknown
Account Status:           Active
IP Assignment:            Dynamically Assigned
E-mail User Ids:   nbakeXXX@comcast.net
```

Billing Statement: See Enclosed

9. On February 4, 2026, I submitted HSI summons HSI-DT-2026-026720-001 to the social media application for subscriber information for the social media application user encountered during my investigation, to include user spclneed. The social media application responded with the following information:

Date: February 11, 2026
First Name: Simp
Last Name: Daddy
Email: spacialneed@gmail.com (unconfirmed)
Username: spclneed
2025/11/18 16:31:09 UTC ACCOUNT_INFO FIRST_NAME="Simp"
2025/11/18 16:06:16 UTC ACCOUNT_INFO FIRST_NAME="spclneed"
2025/11/18 16:31:09 UTC ACCOUNT_INFO LAST_NAME="Daddy"
2026/02/12 00:02:14 UTC USER_LOCATION US (ip: 98.250.214.138)

2025/11/18 16:06:16 UTC REGISTRATION_TIMESTAMP 2025/11/18 10:06:16EMAIL=spacialneed@gmail.com (unconfirmed)

2025/11/18 16:06:16 UTC REGISTRATION_CLIENT_INFO birthday=1995-01-30

10. Open-source record checks reveal that Nathan BAKER is a convicted sex offender.

11. Using this and other information gathered during the course of this investigation, I applied for and obtained search warrants for BAKER's residence, located at 2XXX5 Walnut Crk, Flat Rock, MI, as well as his person and his vehicle. On February 25, 2026, I, along with other HSI Special Agents, executed these warrants. During the execution of these warrants, I encountered BAKER, who

consented to an interview. BAKER made the following nonverbatim, post-*Miranda* statements:

    a. BAKER was shown an image of the profile picture and name of the social media account "spclneeds" and admitted that it was his account. BAKER stated that the account had been "deactivated."

    b. When asked if he has sent a video "he shouldn't have," BAKER stated that he might have, and when asked what the video "might have" depicted, BAKER stated "probably child pornography." BAKER stated that the video was sent to one of the groups and that he sent it to someone else. BAKER described the video as "a little girl performing sexual acts on what appeared to be a grown man."

    c. BAKER admitted to being in social media application groups called "any age" in which 15-17-year-old minors would join. BAKER stated that these minors would "very very rarely" post nudes. When asked how many minors he was chatting with, BAKER estimated "under 20."

    d. When asked how many of his groups would contain child pornography BAKER estimated maybe 2 or 3 of them did. BAKER initially estimated that the children would be 16 or 17. When asked what the youngest that would be observed, BAKER stated that there was one

group that posed "real young child pornography" and estimated the children would be as young as toddlers.

e. BAKER stated that he believed he had sent images of 14–16-year-old minors but did not believe that he sent nudes. BAKER was later shown a screenshot of a chat that directly followed his sending of a nude image of a female to the UCA. BAKER agreed that he had sent a nude image of this minor but that he did not remember who she was. BAKER agreed that it was "safe to say" that he sent some images that may depict children under the age of 18.

f. BAKER was shown his statement about going "tits for tits" with a 10th grader and admitted that he spoke with this child and admitted to saying "tits for tits" and that she "did agree and sent them." BAKER estimated that the youngest child he sent a nude image to was a 14 year old when he was in his early 20s.

12. During a second post-*Miranda* interview with another HSI Special Agent, BAKER made the following admissions:

a. Baker admitted to relationships or sexual contact with 16- and 17-year-old minor females after turning 18 years old. BAKER stated that when he was 19, he met a 16-year-old girl on a social media application and spoke with her for 5 or 6 months. BAKER stated that

he drove to Michigan from Illinois to meet this minor 3 times in the span of 4 or 5 months and that they got an apartment together.

b. BAKER stated that he used to meet women on dating applications and that some would lie about their age. BAKER later stated that their profile would say "19" and their "bio" would say 16. BAKER estimated the ages of the women that he met to be between 18 and "in their 50s." BAKER stated that his end goal was trying to get something sexual, "whether it be meeting up in person and having sex to just receiving a nude, just something sexual."

c. BAKER later estimated that he had sexual encounters with 17-year-old females less than ten times. BAKER stated that he had met with 16- and 17-year-old girls "walking around a park or meeting up at their local school" and "maybe hold hands, maybe give each other a hug once or twice," but that these meetings were did not result in a sexual encounter. BAKER further stated that he met a 17-year-old female on a website and met her for sex in 2021.

d. BAKER further admitted that he had sexual contact between zero and twenty times with the 11-year-old victim from his prior sexual assault conviction.

## CONCLUSION

13.     I respectfully submit that there is probable cause to believe that Nathan BAKER (DOB XX/XX/1995) has committed violations of 18 U.S.C. §§ 2252A(a)(2) (distribution of child pornography), 2252A(a)(5)(B) (receipt and possession of child pornography), and 2422(b) (attempted coercion and enticement of a minor to engage in sexual activity).

14.     I request that the Court authorize the issuance of a criminal complaint and arrest warrant for Nathan BAKER

Respectfully submitted,

_____
Special Agent David Alley
Homeland Security Investigations

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. Kimberly G. Altman
United States Magistrate Judge

Date:     February 26, 2026

17